```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF GEORGIA
                  AUGUSTA DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                            ) | CV No. 108-126 |
| ) | |
| BENJAMIN HEWITT, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| SWIFT TRANSPORTATION CO., INC.,) | |
| ) | |
| Garnishee.       ) | |

## ORDER OF DISBURSEMENT

Based on the pleadings filed in this case, the Court makes the following findings:

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee has filed an Answer to the writ stating that at the time of the service of the Writ it had in its possession, custody or under his control, personal property belonging to and due the judgment debtor and that Garnishee was indebted to judgment debtor for net disposable wages in the sum of $252.61.

On June 2, 2009 the judgment debtor was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee pay to the United States Department of Justice the amount equal to 25% of the judgment debtor's disposable earnings or the amount by which his/her disposable earnings for the week exceed thirty times the Federal minimum hourly wages in effect at the time the earnings are payable, whichever is less, and continue said payments until the debt to the United States is paid in full plus interest at 0.72% or until the Garnishee no longer has custody, possession or control of any property belonging to the judgment debtor or until further Order of this Court.

Payment should be made to the United States Attorney's Office, Financial Litigation Unit, P.O. Box 8970, Savannah, Georgia  31412.

**SO ORDERED** this  /ST  day of July, 2009 at Augusta, Georgia.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA